**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ROBERT LYNN HEMBREE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:20-CV-299 (MTT)** |
| | ) | |
| **Lieutenant WILCOX, *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

After screening Plaintiff Robert Lynn Hembree's complaint pursuant to 28 U.S.C. § 1915A(a) and 28 U.S.C. § 1915(e), United States Magistrate Judge Charles H. Weigle recommends that defendants' motion for summary judgment be granted. Doc. 21. The Magistrate Judge determined that no reasonable jury could conclude that the defendants' actions after the attack on Hembree amounted to deliberate indifference under the Eighth Amendment. Doc. 21 at 4. Hembree has not objected to the Recommendation, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.

After review, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 21) is **ADOPTED** and made the Order of the Court. Accordingly, the defendants' motion for summary judgment (Doc. 19) is **GRANTED**.

**SO ORDERED**, this 26th day of January, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT